UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HERBACK GENERAL ENGINEERING, LLC, et al.,<br><br>    Defendants. | Case No.  5:16-cv-01591-BLF<br><br>**AMENDED<br>CASE MANAGEMENT ORDER** |

On July 7, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 06/21/2018 at 9:00 a.m. |
| Final Pretrial Conference | 08/30/2018 at 1:30 p.m. |
| Trial | 09/24/2018 at 9:00 a.m. |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5     IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated
6 proposed schedule regarding dates and deadlines to trial by 07/29/2016.
7     IT IS FURTHER ORDERED THAT Mediation is to be completed by 12/31/2016.

Dated: July 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge