1 John D. Moore, Esq.
2 California State Bar No. 239407
MOORE LAW GROUP, PC
3 3715 Lakeside Drive, Suite A
Reno, NV 89509
4 Telephone (775) 336-1600
5 Fax (775) 336-1601
john@moore-lawgroup.com
6 Attorney for Herback General Engineering, LLC
and Travelers Casualty and Surety Company of America
7

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANITE ROCK COMPANY AND UNITED STATES FOR THE USE AND BENEFIT OF GRANITE ROCK COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERBACK GENERAL ENGINEERING, LLC, a Nevada limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>And related Counter-Claim. | Case No. 5:16-CV-01591-BLF<br><br>Assigned to the Hon. Beth Labson Freeman<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff GRANITE ROCK COMPANY AND UNITED STATES FOR THE USE AND BENEFIT OF GRANITE ROCK COMPANY ("Plaintiff") and Defendants HERBACK GENERAL ENGINEERING, LLC ("Herback"), and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA (collectively "Defendants") by and through their undersigned counsel of record, and hereby dismiss this action, Plaintiff's Complaint and Defendants' Counterclaim, in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii), in its entirety, with prejudice, each party to bear their

1

own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 22nd day of June, 2017.

                         MOORE LAW GROUP, PC

                         By /s/ John D. Moore
                             John D. Moore
                             Attorneys for Defendants and Counter-
                             Claimant HERBACK GENERAL
                             ENGINEERING, LL and TRAVELERS
                             CASUALTY AND SURETY COMPANY
                             OF AMERICA

DATED this 22nd day of June, 2017.

                         NIXON PEABODY LLP

                         By /s/ Aldo E. Ibarra
                             Aldo E. Ibarra
                             Anthony J. Barron
                             Attorneys for Plaintiff and Counter-Defendant
                             GRANITE ROCK COMPANY AND
                             UNITED STATES FOR THE USE AND
                             BENEFIT OF GRANITE ROCK
                             COMPANY

1 John D. Moore, Esq.
2 California State Bar No. 239407
MOORE LAW GROUP, PC
3 3715 Lakeside Drive, Suite A
Reno, NV 89509
4 Telephone (775) 336-1600
5 Fax (775) 336-1601
john@moore-lawgroup.com
6 Attorney for Herback General Engineering, LLC
and Travelers Casualty and Surety Company of America
7

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE ROCK COMPANY AND UNITED STATES FOR THE USE AND BENEFIT OF GRANITE ROCK COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HERBACK GENERAL ENGINEERING, LLC, a Nevada limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>And related Counter-Claim. | Case No. 5:16-CV-01591-BLF<br><br>Assigned to the Hon. Beth Labson Freeman<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The Court having read the parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action, Complaint and Counterclaim, are dismissed with prejudice.

Dated: R`}^ÁGG_____, 2017.

_____
The Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE